## NAMI v. UHR.

No. 10407.

Court of Civil Appeals of Texas. San Antonio.

Jan. 4, 1939.

Rehearing Denied Feb. 15, 1939.

Herman G. Nami, of San Antonio, for appellant.

L. J. Gittinger, of San Antonio, for appellee.

SMITH, Chief Justice.

No briefs for either party have been filed in this case. The appeal will be dismissed. Court of Civil Appeals Rule 38.